# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

131761-2(64)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

EARLY DEWAIN DEAN and
CATHERINE J. DEAN,
      Plaintiffs-Appellees,

v

JACKSON COUNTY ROAD
COMMISSION,
      Defendant-Appellant,

and

LINDA TENGMAN and SALLY HATCHER,
      Defendants.

SC: 131761, 131762
COA: 264063, 266355
Jackson CC: 04-004185-CH

_____/

      On order of the Court, the motion for reconsideration of this Court's December 28, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

p0319